**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re<br><br>166 WASHINGTON LLC<br><br>Debtor | Chapter 11<br><br>Case No.: 25-11378 (pb) |

**ORDER DISMISSING CHAPTER 11 CASE**

Upon the Motion to Dismiss Chapter 11 Case pursuant to 11 U.S.C. § 305(a)(1) and § 1112(b) (the "Motion") filed on July 17, 2025 by the Debtor; and no objections to the Motion having been filed or lodged; upon the Certificate of No Objection filed on August 4, 2025; and finding notice of the Motion sufficient, and no other or further notice need be provided; and finding that grounds exist for dismissing this action pursuant to 11 U.S.C. §§ 1112(b), as set forth on the record; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that this Chapter 11 case is dismissed pursuant to 11 U.S.C. § 1112(b).

Dated: New York, New York
       August 5, 2025

                                              /s/ Philip Bentley
                                              HONORABLE PHILIP BENTLEY
                                             UNITED STATES BANKRUPTCY JUDGE